AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA

v.

Michael Owusu-Sakyi
DOB:
PDID:

(Name and Address of Defendant)

**FILED**
JAN 0 6 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

**CRIMINAL COMPLAINT**

CASE NUMBER: 06 - 009M - 01

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __January 5, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant(s) did, (Track Statutory Language of Offense)

**unlawfully, knowingly and intentionally distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, a Schedule II narcotic drug controlled substance.**

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __INV. DAVID HURLEY__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:  ☒ Yes  ☐ No

_____
Signature of Complainant
INV. DAVID HURLEY
U. S. PARK POLICE

Sworn to before me and subscribed in my presence,

JAN 0 6 2006
Date  DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE
Name & Title of Judicial Officer

at   Washington, D.C.
     City and State

_____
Signature of Judicial Officer