## STATEMENT OF FACTS

On Thursday, January 5, 2006, at about 0641 hours, USPP officers executed a D.C. Superior Court search warrant at                                          Upon entering the premises, police located in plain view a loaded revolver laying on the rear bedroom bed, also seized in plain view in the bedroom on the closet floor was a loaded semi-automatic handgun. The defendant entered the back door during the execution of the warrant. The defendant was identified as Michael Owusu-Sakyi. Recovered in the same rear bedroom were two clear Tupperware containers. One container had several zips containing white rock-like substance. A field test of the white rock-like substance tested positive for cocaine, and it appeared to be cocaine base in the form of crack and weighed about 60 grams. The other Tupperware container had a white powder substance. The white powder substance field tested positive for cocaine and weighed about 190 grams. Also, recovered in the rear bedroom were a birth certificate and mail matters in the name and addressed to the defendant, a large amount of marijuana, scales, and over $49,000.00 currency.

Defendant stated that he is the owner/leaseholder of the above address.

Inv. David Hurley
USPP

Sworn and subscribed before me on this _____ day of January, 2006.

JAN 0 6 2006

U.S. Magistrate Judge
DEBORAH A. ROBINSON
U.S. MAGISTRATE JUDGE