AO 91 (Rev. 5/85) Criminal Complaint

# United States District Court
## For The District of Columbia

UNITED STATES OF AMERICA
v.
MICHAEL OWUSU-SAKYI
DOB:
PDID:

(Name and Address of Defendant)

**AMENDED CRIMINAL COMPLAINT**

CASE NUMBER:

I, the undersigned complainant being duly sworn state the following is true and correct to the best of my knowledge and belief. On or about __JANUARY 5, 2006__ in __WASHINGTON__ county, in the _____ District of __COLUMBIA__ defendant (s) did, (Track Statutory Language of Offense)

unlawfully, knowingly and intentionally possess with intent to distribute a mixture and substance containing a detectable amount of cocaine base, also known as crack, and cocaine hydrochloride, Schedule II narcotic drug controlled substances.

in violation of Title __21__ United States Code, Section(s) __841(a)(1)__.

I further state that I am __INVESTIGATOR DAVID HURLEY__, and that this complaint is based on the following facts:

SEE ATTACHED STATEMENT OF FACTS

Continued on the attached sheet and made a part hereof:   ☒ Yes   ☐ No

Signature of Complainant
**INVESTIGATOR DAVID HURLEY**
**UNITED STATES PARK POLICE**

Sworn to before me and subscribed in my presence,

_____   at   __Washington, D.C.__
Date                                         City and State

_____        _____
Name & Title of Judicial Officer              Signature of Judicial Officer

## STATEMENT OF FACTS

On Thursday, January 5, 2006, at about 0641 hours, sworn officers with the United States Park Police executed a D.C. Superior Court search warrant at
Upon entering the premises, police located in plain view a loaded revolver laying on the rear bedroom bed, also seized in plain view in the bedroom on the closet floor was a loaded semi-automatic handgun. The defendant entered the back door during the execution of the warrant. The defendant was identified as Michael Owusu-Sakyi. Recovered in the same rear bedroom were two clear Tupperware containers. One container had several zips containing white rock-like substances. A field test of the white rock-like substance tested positive for cocaine, and it appeared to be cocaine base in the form of crack and weighed about 60 grams. The other Tupperware container had a white powder substance. The white powder field tested positive for cocaine and weighed about 190 grams. Also, recovered in the rear bedroom were a birth certificate and mail matters in the name and addressed to the defendant, a large amount of marijuana, scales, and over $49,000.00 in U.S. currency.

The defendant states that he is the owner/leaseholder of the above address.


_____
INVESTIGATOR DAVID HURLEY
UNITED STATES PARK POLICE


SWORN AND SUBSCRIBED BEFORE ME
ON THIS ____ DAY OF JANUARY, 2006


_____
U.S. MAGISTRATE JUDGE